i33



FILED
08 JUL 18 PM 4:32

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

M. OVERTON
        Plaintiff,

vs.

HighLand Hosp.
Dr pHan / Dr Rudas
        Defendant.

CASE NO. CV 08 3161 JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, MICHAEL L. OVERTON declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                      Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NONE             Net: NONE

Employer: disAbled Diabetic Type-II 10-23-03.

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are (imprisoned) specify the last place of
2  employment prior to imprisonment.)
3  _____LOCAL-70 TEAMSTERS  CASUAL-LABORER - OAKLAND._____
4  _____
5  _____
6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.   Business, Profession or                    Yes ___ No ✗
9           self employment
10     b.   Income from stocks, bonds,                 Yes ___ No ✗
11          or royalties?
12     c.   Rent payments?                             Yes ___ No ✗
13     d.   Pensions, annuities, or                    Yes ___ No ✗
14          life insurance payments?
15     e.   Federal or State welfare payments,         Yes ___ No ✗
16          Social Security or other govern-
17          ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____NONE._____
21  _____
22  3.   Are you married?                              Yes ___ No ✗
23  Spouse's Full Name: _deceased._____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support:$ _NONE_
28       b.   List the persons other than your spouse who are dependent upon you for support

RIS. APP. TO PROC. IN FORMA PAUPERIS              - 2 -

1   , and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   __NoNE._____
4   _____
5   5.   Do you own or are you buying a home?     Yes ___ No  X
6   Estimated Market Value: $_____ Amount of Mortgage: $ _____
7   6.   Do you own an automobile?                 Yes ___ No  X
8   Make _____ Year _____ Model _____
9   Is it financed? Yes ___ No ___ If so, Total due: $ _____
10  Monthly Payment: $ _____
11  7.   Do you have a bank account?  Yes ___ No  X  (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____
14  Present balance(s): $ _____
15  Do you own any cash? Yes ___ No  X  Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.) Yes ___ No NE
18  _____
19  8.   What are your monthly expenses?  IN PRISON
20  Rent: $ _____  ⊗          Utilities:  ⊗
21  Food: $  ⊗                     Clothing:  ⊗
22  Charge Accounts:
23  Name of Account          Monthly Payment              Total Owed on This Acct.
24  _____               $_____                  $_____
25  _____               $_____                  $_____
26  _____               $_____                  $_____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)
    No.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

OVERTON V. BOARD OF PRISON HEARINGS CASE NO 2-08-CIV-1128 UNITED STATES DISTRICT COURT = E.D.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-16-2008                Michael L. Overton    C-47370
DATE                     SIGNATURE OF APPLICANT

Deposited in Mail Box
At CA. Medical Facility
Vacaville, CA. on 7-14-08
M.L.O.

Case Number: _____

1
2
3
4
5
6
7
8                       CERTIFICATE OF FUNDS
9                                  IN
10                       PRISONER'S ACCOUNT
11
12    I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of __OVERTON MICHAEL__ for the last six months at
14                           [prisoner name]
15 _____CMF_____ where (s)he is confined.
16         [name of institution]
17    I further certify that the average deposits each month to this prisoner's account for the most
18 recent 6-month period were $__26.67__ and the average balance in the prisoner's account
19 each month for the most recent 6-month period was $__26.67__.
20
21 Dated: 6-27-08                        _m. Aoaues_
22                                  [Authorized officer of the institution]
23
24
25
26
27
28

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/27/08
                          CALIFORNIA DEPARTMENT OF CORRECTIONS       PAGE NO:        1
                              CALIFORNIA MEDICAL FACILITY
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JAN. 27, 2008 THRU JUN. 27, 2008

ACCOUNT NUMBER : C47370
ACCOUNT NAME   : OVERTON, MICHAEL LEWIS              BED/CELL NUMBER: MIN300000000318U
PRIVILEGE GROUP: A                                   ACCOUNT TYPE: I

           TRAN                        TRUST ACCOUNT ACTIVITY
DATE       CODE  DESCRIPTION    COMMENT        CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE

01/27/2008       BEGINNING BALANCE                                                    0.00
02/08  D300  CASH DEPOSIT    1980MR2926                     25.00                    25.00
02/21  FC03  DRAW-FAC 3      2076/CMF#3                                  25.00        0.00
03/19  D300  CASH DEPOSIT    2325MR3102                    100.00                   100.00
03/20 *FC03  DRAW-FAC 3      2328/CMF#3                                 100.00        0.00
04/11  D300  CASH DEPOSIT    2521MR3178                     35.00                    35.00
04/17  FC03  DRAW-FAC 3      2577/CMF#3                                  35.00        0.00

                                    TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL          TOTAL         CURRENT         HOLDS         TRANSACTIONS
BALANCE         DEPOSITS       WITHDRAWALS   BALANCE         BALANCE       TO BE POSTED

  0.00          160.00         160.00          0.00            0.00            0.00


                                                                          CURRENT
                                                                          AVAILABLE
                                                                          BALANCE

                                                                            0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 6-27-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: _____
TRUST OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED 08 JUL 18 PM 4:32

OVERTON )
         )   CASE No. CV 08 3161
   Vs.   )
         )   PROOF OF SERVICE
Highland Hosp. )
         )
         )
         )

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On 7-14-08, 2008, I served a copy of INFORMA PAUPERIS - MOTION w/ TRUST ACC STATEMENT by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

(List all person(s) served in this action.)

United States District Court.
For the Northern District of CA.
450 Golden Gate Ave
San Francisco, CA. 94102-3483

I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: 7-14-2008          Michael L. Overton
                          Declarant's signature

MICHAEL LOUIS OVERTON
Declarant's printed name

USDC-PROOF-3

*[Signature] 7-14-08*



Michael Louis Overton C-47370
CA Medical Facility

Clerk
United States District Court
For The Northern District of CA.
450 Golden Gate Ave.
San Francisco, CA. 94102-3483

Legal Mail

CA MEDICAL FACILITY
FIRST CLASS

UNITED STATES POSTAGE
$ 01.85
JUL 17 2008
MAILED FROM ZIP CODE 95687