164

FILED
08 AUG 11 PM 2: 26

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

M. OVERTON

Plaintiff,

vs.

High-Hospital
DR. PHAN
DR. Rudas

Defendant.

CASE NO. CV-08-3161

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, MICHAEL OVERTON declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ✗                               Net: ✗

Employer: INCARCERATED

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Teamsters Local-70  6-1-1981  $12,785.00_
5  _Imprisoned_
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or            Yes ___ No ✗
10         self employment
11     b.  Income from stocks, bonds,         Yes ___ No ✗
12         or royalties?
13     c.  Rent payments?                      Yes ___ No ✗
14     d.  Pensions, annuities, or            Yes ___ No ✗
15         life insurance payments?
16     e.  Federal or State welfare payments,    Yes ___ No ✗
17         Social Security or other govern-
18         ment source? _No_

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _None_
22 _____

23 3.  Are you married?                      Yes ___ No ✗
24 Spouse's Full Name: _Deceased_
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.  a.  List amount you contribute to your spouse's support: $ ___

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_NONE_

5.  Do you own or are you buying a home?           Yes ___  No _X_
Estimated Market Value: $_____ Amount of Mortgage: $_____
6.  Do you own an automobile?                     Yes ___  No _X_
Make _____ Year _____ Model _____
Is it financed? Yes __√__ No _____ If so, Total due: $ _____
Monthly Payment: $ _____
7.  Do you have a bank account? Yes _____ No _✓_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____
_____
Present balance(s): $ _____
Do you own any cash? Yes __√__ No _✓_ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No _✓_
_____

8.  What are your monthly expenses?
Rent: $ _NONE_                  Utilities: _NONE_
Food: $ _NONE_                  Clothing: _NONE_
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| — | $ — | $ — |
| — | $ — | $ — |
| — | $ — | $ — |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_No. Inprisoned_

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes _X_ No ~~~

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_Superior Court - Overton vs Highland Hosp_
_Case Number_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_7-3-08_                           _Michael L. Overton_  C-47370
DATE                                SIGNATURE OF APPLICANT

1
2                                    Case Number: _____
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                        IN
10                            **PRISONER'S ACCOUNT**
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __OVERTON MICHAEL__ for the last six months
                                        [prisoner name]
14   __CMF_____ where (s)he is confined.
        [name of institution]
15         I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ __26.67__ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ __26.67__.
18
19   Dated: __7-16-08__                    _____M. Xbaues_____
                                           [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030  .701                                      REPORT DATE: 07/16/08
                                                                    PAGE NO:
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIFORNIA MEDICAL FACILITY
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: FEB. 16, 2008 THRU JUL. 16, 2008

ACCOUNT NUMBER : C47370                      BED/CELL NUMBER: MIN300000000318U
ACCOUNT NAME   : OVERTON, MICHAEL LEWIS         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION     COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE
-----   ----  -----------     -------     ---------   --------   -----------    -------

02/16/2008    BEGINNING BALANCE                                                   25.00

02/21  FC03   DRAW-FAC 3      2076/CMF#3                            25.00          0.00
03/19  D300   CASH DEPOSIT    2325MR3102             100.00                      100.00
03/20 *FC03   DRAW-FAC 3      2328/CMF#3                           100.00          0.00
04/11  D300   CASH DEPOSIT    2521MR3178              35.00                       35.00
04/17  FC03   DRAW-FAC 3      2577/CMF#3                            35.00          0.00

                              TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL          TOTAL        CURRENT        HOLDS       TRANSACTIONS
    BALANCE       DEPOSITS     WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
   ---------     ---------     -----------    ---------     ---------     ------------
      25.00        135.00         160.00         0.00          0.00           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 7-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: [signature]
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-----------
    0.00



Michael L. Overton C-H---
C.M.F.
P.O. Box-2000  N-3-318
Vacaville, CA 95696-2000

CA MEDICAL FACILITY
FIRST CLASS

U.S. District Court.
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA.

Legal-Mail