IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ONERTON, | ) | No. C 08-3161 JF (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| HIGHLAND HOSPITAL, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed this civil rights action. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/21/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.JF\CR.08\Onerton3161_jud.wpd          1